UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT MILLMEN'S FRINGE BENEFIT
FUNDS, TRUSTEES OF DETROIT MILLMEN'S
FRINGE BENEFIT FUNDS and INTERIOR
SYSTEMS LOCAL 1045,                                         Case No. 06-11648

    Plaintiffs,                                                            Hon. Patrick J. Duggan
v

DOVETAILS, INC., KEVIN D. EVANSON,
DENISE EVANSON and RALPH E. REXROAT,

    Defendants.
_____/

ORDER AMENDING JUDGMENT NUNC PRO TUNC

Plaintiffs having filed its Motion to Amend Judgment Nunc Pro Tunc and Brief in Support Thereof, and the Court having reviewed same and being otherwise fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The judgment entered by this Court on July 5, 2006 hereby is amended nunc pro tunc July 5, 2006 in favor of Plaintiffs and against Defendants Dovetails, Inc., Kevin D. Evanson, individually and Denise Evanson individually, jointly and severally, to reflect additional indebtedness of Defendants to Plaintiffs in the amount of $205,915.74[1] and Plaintiffs shall have full rights of execution thereon.

---

[1] Representing, and comprised of, the following: (i) audit billing indebtedness for the period January 2006 through July 2010 ($190,315.48); (ii) post-audit indebtedness based upon remittance reports prepared and tendered by Defendants to Plaintiffs for the period August 2010 through April 2011 ($12,867.64); (iii) post-audit liquidated damages computed at applicable rates through May 20, 2011 ($2,612.32). The foregoing amounts are exclusive of additional interest, costs, attorney fees and further liquidated damages which continue to accrue subsequent to March 18, 2011.

2. Except as provided in paragraph 1 above, all other terms and provisions of the original judgment entered on July 5, 2006 [Docket No. 3] shall remain in full force and effect as originally provided therein, and are otherwise unaffected by this Amended Judgment, and Defendants shall fully comply with the provisions stated therein in all respects.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: June 7, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, June 07, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager